UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOSHUA CONTARIO, ET AL. | CIVIL ACTION NO. 17-cv-0675 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| KENDRICK BALL, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

The Court finds that Defendants have not satisfied their burden of establishing the requisite amount in controversy for removal based on diversity jurisdiction. **IT IS ORDERED** that this civil action be **REMANDED** to the 42nd Judicial District Court, DeSoto Parish, Louisiana, where this case was pending under Docket No. 78356.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of July, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE